# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL No. 2750<br>Master Case No.: 3:16-md-2750 |
| This Document Relates to: | JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

| | |
|---|---|
| Ahmed, Syed | 3:16-cv-08936 |
| Anders, Sherry | 3:16-cv-01897 |
| Ashlock, Barbara | 3:17-cv-01194 |
| Beck, Teresa Ann | 3:16-cv-08730 |
| Benjamin, Stella | 3:16-cv-01786 |
| Bennett, Tony | 3:16-cv-08132 |
| Benson, Gary | 3:16-cv-08978 |
| Bowling, Ricky | 3:16-cv-02048 |
| Buchanan, Judith | 3:16-cv-05645 |
| Crider, Jerri | 3:17:cv:00978 |
| Cruz, Barbara | 3:16-cv-09566 |
| Dixon, Bruce | 3:17:cv:00990 |
| Ebargaray, Margaret | 3:17-cv-01202 |
| Edelen, Kathy Mae | 3:17-cv-00692 |
| Felix, Victor | 3:16-cv-05649 |
| Fields, Deborah | 3:16-cv-07520 |
| Frier, Shirley Juanita | 3:17-cv-01226 |
| Garlock, Terri | 3:17-cv-00936 |
| Gunvordahl, Janet | 3:17-cv-01308 |
| Hearns, Clifford | 3:16-cv-09570 |
| Henderson, Tara | 3:16-cv-03362 |
| Hudson, Angela | 3:16-cv-05674 |
| Hull, David | 3:17-cv-00687 |
| Humphries, Yvette | 3:16-cv-02278 |
| Jackson, Geanie | 3:16-cv-09154 |
| Jayjohn, Bonnie | 3:16-cv-05675 |
| Kemp, William A. | 3:16-cv-05676 |
| Kiehlmeier, Sandra | 3:17-cv-01238 |
| Kuno, Mark | 3:16-cv-02938 |
| Leggitt, Jane | 3:17:cv:00974 |
| Lewis, Paulette | 3:17-cv-01242 |
| Logan, Lee | 3:17-cv-00998 |
| Lovett, Ralph | 3:16-cv-09241 |
| Luna, Iliana | 3:16-cv-05677 |
| McLendon, Ethel | 3:17-cv-01314 |
| Nichols, Marie | 3:16-cv-08133 |
| Partington, Robert | 3:16-cv-01787 |

| | |
|---|---|
| *Pike, Tanya* | *3:16-cv-08938* |
| *Poole, Earl* | *3:16-cv-05677* |
| *Ramunni, Louis* | *3:17-cv-01316* |
| *Ratcliff, Charles* | *3:17-cv-00689* |
| *Reynolds, Angela* | *3:17-cv-01244* |
| *Robertson, Karen* | *3:16-cv-02050* |
| *Robinson, Frederick* | *3:17-cv-01301* |
| *Salle, James* | *3:17-cv-01306* |
| *Seifried, Kathy* | *3:16-cv-01931* |
| *Smith, Antonio* | *3:16-cv-06183* |
| *Stringer, Susan* | *3:16-cv-05682* |
| *Swearingen, Forrest* | *3:16-cv-06192* |
| *Swinney, William* | *3:16-cv-01898* |
| *Thompson, Judy A.* | *3:16-cv-03114* |
| *Valentine, Angelita* | *3:17:cv:00979* |
| *Vandygriff, Gary* | *3:16-cv-08979* |
| *Watts, Ebony* | *3:16-cv-08134* |
| *Williams, Carole* | *3:16-cv-05683* |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MITSUBISHI TANABE PHARMA CORP. ONLY**

TO THE CLERK OF THE COURT:

Plaintiffs, by and through their undersigned counsel, and pursuant to Case Management Order No. 7, hereby voluntarily dismiss Defendant, Mitsubishi Tanabe Pharma Corp., from the above captioned actions in the Invokana (Canagliflozin) Products Liability Litigation, without prejudice.

Dated: April 18, 2017

RESPECTFULLY SUBMITTED,

*/s/ Christopher A. Seeger*
Christopher A. Seeger
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, New Jersey 07102
T:  (973) 639-9100
F:  (973) 639-9393
cseeger@seegerweiss.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to counsel of record via the Court's ECF system on April 18, 2017.

*/s/ Christopher A. Seeger*
Christopher A. Seeger

**SO ORDERED.**

Date: April 19, 2017

*/s/   Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**United States District Judge**